IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ORVIN C. GIPSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 2:10cv240-TFM |
| | ) | (WO) |
| J.A. KELLER, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

The court having considered Petitioner's motion for extension of time to file objections to the Recommendation of the Magistrate Judge (Doc. No. 15), and as the Recommendation of the Magistrate Judge has been withdrawn in this case, it is hereby

ORDERED that the motion for extension of time (Doc. No. 15) is DENIED as moot.

Done this 9th day of July, 2010.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE