IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ORVIN C. GIPSON,                           )
                                           )
            Petitioner,                    )
                                           )
      v                                    )       Civil Action No. 2:10cv240-TFM
                                           )                   (WO)
J.A. KELLER,                               )
                                           )
            Respondent.                    )

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered in this case, it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus pursuant

to 28 U.S.C. § 2241 be and is hereby DISMISSED without prejudice.

Done this 9th day of July, 2010.


                              /s/Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE